### Paula

| | |
|---|---|
| **From:** | Paula [Paula@slavinandslavin.com] |
| **Sent:** | Thursday, July 19, 2007 2:13 PM |
| **To:** | 'hertzma@aol.com' |
| **Subject:** | Insurance Continuation |

Mary Ann,

Be advised that in regards to your insurance continuation you are covered until the end of the month, July 31, 2007. Humana has your coverage as terminated and the state continuation form must be returned to them for your coverage to apply. Beginning August 1, 2007 for coverage to apply you will need to send to us a check for $727.84.

Paula M. Wisniowicz
Office Manager

SLAVIN & SLAVIN
20 South Clark Street, Suite 510
Chicago, IL 60603

p: 312.782.7848
f: 312.782.8272
e: paula@slavinandslavin.com

*[handwritten note: "I was still in rehab at this time — did not mail check until the 7th — within grace period."]*

THIS COMMUNICATION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, COVERED BY AN ATTORNEY-CLIENT PRIVILEGE AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address by mail. Thank you.


EXHIBIT B