# SLAVIN & SLAVIN
### ATTORNEYS AT LAW

August 21, 2007

Mary Ann Hertz
932 ½ Judson Avenue
Apartment 2S
Evanston, Illinois 60202

Dear Mary Ann:

I am writing to memorialize and update you concerning the issue pertaining to your eligibility for health insurance. Previously, when Paula spoke to you she gave you true, complete and accurate information that was provided to us by a representative of Humana. On August 14, 2007, through a different representative an apology has been expressed to us indicating that the information previously provided to us was erroneous and that you are not eligible for health insurance continuation. The explanation as to why is contained in the attached letter.

We regret any undue stress caused to you by the erroneous information previously transmitted to you on account of our detrimental reliance on information provided by Humana. We wish you peace and a speedy recovery.

Sincerely,

Mark F. Slavin

Attachment


EXHIBIT C

20 SOUTH CLARK STREET, SUITE 510, CHICAGO, ILLINOIS 60603
(312) 782-7848   FAX (312) 782-8272