# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

FILED
FEBRUARY 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 864

JUDGE LEFKOW
MAGISTRATE JUDGE MASON

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
MARY ANN HERTZ

v.

HEALTH PLAN OF OHIO, LTD., et. al.

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
MARY ANN HERTZ

| | |
|---|---|
| NAME (Type or print) | |
| Rebecca L. Weinberg | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Rebecca Weinberg | |
| FIRM | |
| Weinberg Law Group, Ltd. | |
| STREET ADDRESS | |
| 2446 N. Clark Street | |
| CITY/STATE/ZIP | |
| Chicago, IL 60614 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6284231 | 773-296-4900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |