U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                  Case Number:    08 C 864

MARY ANN HERTZ                                                    Judge Lefkow

v.
HUMANA HEALTH PLAN OF OHIO, LTD.
d/b/a HUMANA INSURANCE COMPANY, a
Kentucky corporation registered in Illinois,
SLAVIN & SLAVIN, an Illinois partnership,
MARK F. SLAVIN, an Individual,
PAULA M. WISNIOWICZ, an individual, and
SHARI B. SLAVIN, an Individual.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
SLAVIN & SLAVIN, MARK F. SLAVIN, PAULA M. WISNIOWICZ, and SHARI B. SLAVIN

| | |
|---|---|
| NAME (Type or print)<br><br>Kathleen A. Sweitzer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br><br>      s/Kathleen A. Sweitzer | |
| FIRM<br><br>Tressler, Soderstrom, Maloney & Priess, LLP | |
| STREET ADDRESS<br><br>233 S. Wacker Drive, 22nd Floor | |
| CITY/STATE/ZIP<br><br>Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6230373 | TELEPHONE NUMBER<br>(312) 627-4130 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☒ NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

429911                                                                                           240-199