## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: | 08 C 864 |
|---|---|---|

MARY ANN HERTZ

Judge Lefkow

v.
HUMANA HEALTH PLAN OF OHIO, LTD.
d/b/a HUMANA INSURANCE COMPANY, a
Kentucky corporation registered in Illinois,
SLAVIN & SLAVIN, an Illinois partnership,
MARK F. SLAVIN, an Individual,
PAULA M. WISNIOWICZ, an individual, and
SHARI B. SLAVIN, an Individual.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
SLAVIN & SLAVIN, MARK F. SLAVIN, PAULA M. WISNIOWICZ, and SHARI B. SLAVIN

| NAME (Type or print) |
|---|
| Si-Yong Yi |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/Si-Yong Yi |

| FIRM |
|---|
| Tressler, Soderstrom, Maloney & Priess, LLP |

| STREET ADDRESS |
|---|
| 233 S. Wacker Drive, 22nd Floor |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6292096 | (312) 627-4127 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☒ |
|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☒ |
|---|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐