## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number:  08-cv-864
MARY ANN HERTZ,
            Plaintiff,
    vs.
HUMANA HEALTH PLAN OF OHIO, LTD.,
d/b/a HUMANA INSURANCE COMPANY, et al.
            Defendants.
AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    Humana Insurance Company, incorrectly sued as Humana Health Plan of Ohio, Ltd.

| | |
|---|---|
| **NAME** (Type or print)<br> William A. Chittenden, III | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>    s/William A. Chittenden | |
| **FIRM**<br> CHITTENDEN, MURDAY & NOVOTNY, LLC | |
| **STREET ADDRESS**<br> 303 W. Madison Street, Suite 1400 | |
| **CITY/STATE/ZIP**<br> Chicago, IL 60606 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br> 6183452 | **TELEPHONE  NUMBER**<br> (312) 281-3600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]   NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]   NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]   NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL [ ]      APPOINTED COUNSEL [ ] | |