# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                Case Number: 08-cv-864
MARY ANN HERTZ,
        Plaintiff,
    vs.
HUMANA HEALTH PLAN OF OHIO, LTD.,
d/b/a HUMANA INSURANCE COMPANY, et al.
        Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Humana Insurance Company, incorrectly sued as Humana Health Plan of Ohio, Ltd.

| NAME (Type or print) |
| --- |
| Julie F. Wall |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Julie F. Wall |
| FIRM |
| CHITTENDEN, MURDAY & NOVOTNY, LLC |
| STREET ADDRESS |
| 303 W. Madison Street, Suite 1400 |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6270783 | (312) 281-3600 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐