## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **MARY ANN HERTZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 08-cv-864 |
| | ) | |
| **HUMANA HEALTH PLAN OF OHIO, LTD.** | ) | Judge Lefkow |
| **d/b/a HUMANA INSURANCE COMPANY,** | ) | |
| a Kentucky corporation registered in Illinois, | ) | Magistrate Judge Mason |
| **SLAVIN & SLAVIN, an Illinois partnership,** | ) | |
| **MARK F. SLAVIN, an Individual,** | ) | |
| **PAULA M. WISNIOWICZ, an Individual, and** | ) | |
| **SHARI B. SLAVIN, an Individual,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF MOTION

TO:  Rebecca L. Weinberg, Esq.          Kathleen A. Sweitzer, Esq.
     Weinberg Law Group, Ltd.           Si-Yong Yi, Esq.
     2446 N. Clark Street               Tressler, Soderstrom, Maloney & Priess, LLP
     Chicago, IL 60614                  233 S. Wacker Drive
                                        Sears Tower - Suite 2200
                                        Chicago, IL 60606

**YOU ARE HEREBY NOTIFIED** that on the **15th day of April, 2008, at 9:30 a.m.**, or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Joan Humphrey Lefkow, or any judge sitting in her place or stead, in the courtroom usually occupied by her in **Room 1925,** in the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present **Defendant Humana Insurance Company's Motion to Dismiss Plaintiff's Complaint and Memorandum of Law in Support of Its Motion to Dismiss Plaintiff's Complaint**, copies of which are enclosed herewith and hereby being served upon you.

Respectfully submitted,

**HUMANA INSURANCE COMPANY**

By:  /s/Julie F. Wall
     One of its Attorneys

William A. Chittenden III
Julie F. Wall
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois 60606
(312) 281-3600
(312) 281-3678 (fax)

**Certificate of Service**

    I hereby certify that on **April 11, 2008**, a copy of the foregoing **Notice of Motion** and documents related thereto were filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        Rebecca L. Weinberg, Esq.
        Weinberg Law Group, Ltd.
        2446 N. Clark Street
        Chicago, IL 60614
        rweinberg@weinberglaw.net

        Kathleen A. Sweitzer, Esq.
        Si-Yong Yi
        Tressler, Soderstrom, Maloney & Priess, LLP
        233 S. Wacker Drive
        Sears Tower - Suite 2200
        Chicago, IL 60606
        ksweitzer@tsmp.com
        syi@tsmp.com

                                                  /s/ Julie F. Wall

William A. Chittenden III
Julie F. Wall
CHITTENDEN, MURDAY & NOVOTNY, LLC
303 W. Madison Street, Suite 1400
Chicago, IL 60606
(312) 281-3600
(312) 281-3678 (fax)

O:\HU832\41124 Hertz\Pleadings\NOM_MTD.doc