SYY/430203　　　　　　　　　　Firm No. 14503　　　　　　　　　　240-199

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARY ANN HERTZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 C 864 |
| ) | |
| HUMANA HEALTH PLAN OF OHIO, LTD. ) | Judge Lefkow |
| d/b/a HUMANA INSURANCE COMPANY, a ) | Magistrate Judge Mason |
| Kentucky corporation registered in Illinois, ) | |
| SLAVIN & SLAVIN, an Illinois partnership, ) | |
| MARK F. SLAVIN, an Individual, ) | |
| PAULA M. WISNIOWICZ, an individual, and ) | |
| SHARI B. SLAVIN, an Individual, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS, SLAVIN & SLAVIN,
### MARK SLAVIN, PAULA WISNIOWICZ, AND SHARI SLAVIN'S
### MOTION TO DISMISS

Now come the Defendants, SLAVIN & SLAVIN, MARK F. SLAVIN, PAULA M. WISNIOWICZ, and SHARI B. SLAVIN (hereinafter collectively "Slavin"), by and through their attorneys, Tressler, Soderstrom, Maloney & Priess LLP, pursuant to Fed. R. Civ. P. 12(b)(6), and moves to dismiss Plaintiff Mary Ann Hertz's ("Plaintiff") Complaint for the following reasons and those set forth in greater detail in Slavin's Memorandum in Law in support of this motion which is incorporated herein by reference and filed simultaneously herewith:

1.　　Plaintiff filed a complaint for breach of ERISA and for other relief against Slavin and Humana Health Plan of Ohio, Ltd. d/b/a Humana Insurance Company.

2.　　Specifically, Plaintiff filed three claims against Slavin relating to an ERISA plan: Count I—Breach of ERISA; Count II—Negligent Misrepresentation; and Count III—Promissory Estoppel.

3.　　Plaintiff's claims for breach of ERISA in Count I of the Complaint must be dismissed because Plaintiff has failed to exhaust the required administrative remedies. In the alternative, Plaintiff's claims in Count I must be dismissed for failure to state a claim.

4.　　Plaintiff's claims for negligent misrepresentation and promissory estoppel, Counts II and III of the Complaint, must be dismissed because these claims are preempted by ERISA.

WHEREFORE, Defendants, SLAVIN & SLAVIN, MARK F. SLAVIN, PAULA M. WISNIOWICZ, and SHARI B. SLAVIN, respectfully request that this Court enter an order dismissing Counts I, II, and III of Plaintiff's Complaint and for such other relief as this Court deems is necessary and just.

Respectfully submitted,

SLAVIN & SLAVIN, MARK F. SLAVIN, PAULA M. WISNIOWICZ, and SHARI B. SLAVIN

By: /s/ Kathleen A. Sweitzer
　　　One of Their Attorneys

Kathleen A. Sweitzer (IL ARDC No. 6230373)
Si-Yong Yi (IL ARDC No. 6292096)
Tressler, Soderstrom, Maloney & Priess, LLP
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606-6399
(312) 627-4000
(312) 627-1717 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2008, a copy of the foregoing Defendants, Slavin & Slavin, Mark F. Slavin, Paula M. Wisniowicz, and Shari B. Slavin's Motion to Dismiss was filed electronically. Notice of this filing will be sent to the following parties by via the Court's electronic filing system. Parties may access this filing through the Court's system.

Rebecca L. Weinberg, Esq.
Weinberg Law Group, Ltd.
2446 N. Clark Street
Chicago, IL  60614
rweinberg@weinberglaw.net

William A. Chittenden III
Julie F. Wall
Chittenden, Murday & Novotny, LLC
303 W. Madison Street, Suite 1400
Chicago, IL  60606
wchittenden@cmn-law.com
jwall@cmn-law.com

               /s/ Kathleen A. Sweitzer

Kathleen A. Sweitzer (IL ARDC No. 6230373)
Si-Yong Yi (IL ARDC No. 6292096)
Tressler, Soderstrom, Maloney & Priess, LLP
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois  60606-6399
(312) 627-4000
(312) 627-1717 Fax