KAS:kbr:430354                    Firm No. 14503                    240-199

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARY ANN HERTZ, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>HUMANA HEALTH PLAN OF OHIO, LTD. )<br>d/b/a HUMANA INSURANCE COMPANY, a )<br>Kentucky corporation registered in Illinois, )<br>SLAVIN & SLAVIN, an Illinois partnership, )<br>MARK F. SLAVIN, an Individual, )<br>PAULA M. WISNIOWICZ, an individual, and )<br>SHARI B. SLAVIN, an Individual, )<br>)<br>      Defendants. ) | No. 08 C 864<br><br>Judge Lefkow<br>Magistrate Judge Mason |

### NOTICE OF MOTION

TO:     **All Counsel of Record**

PLEASE TAKE NOTICE that on **April 15, 2008 at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Joan Lefkow** in **Room 1925** of the United States District Court for the Northern District of Illinois, Eastern Division, or in her absence, before any other Judge who may be sitting in her stead, and then and there present the attached Defendants, Slavin & Slavin, Mark F. Slavin, Paula M. Wisniowicz, and Shari B. Slavin's Motion to Dismiss and Memorandum in Support of Motion to Dismiss.

                                            SLAVIN & SLAVIN, MARK F. SLAVIN, PAULA
                                            M. WISNIOWICZ, and SHARI B. SLAVIN

                                            By: /s/ Kathleen A. Sweitzer_____
                                                   One of Their Attorneys

Kathleen A. Sweitzer (IL ARDC No. 6230373)
Si-Yong Yi (IL ARDC No. 6292096)
Tressler, Soderstrom, Maloney & Priess, LLP
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois  60606-6399
(312) 627-4000
(312) 627-1717 Fax

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2008, a copy of the foregoing Defendants, Slavin & Slavin, Mark F. Slavin, Paula M. Wisniowicz, and Shari B. Slavin's Notice of Motion was filed electronically. Notice of this filing will be sent to the following parties by via the Court's electronic filing system. Parties may access this filing through the Court's system.

Rebecca L. Weinberg, Esq.
Weinberg Law Group, Ltd.
2446 N. Clark Street
Chicago, IL 60614
rweinberg@weinberglaw.net

William A. Chittenden III
Julie F. Wall
Chittenden, Murday & Novotny, LLC
303 W. Madison Street, Suite 1400
Chicago, IL 60606
wchittenden@cmn-law.com
jwall@cmn-law.com

                                        /s/ Kathleen A. Sweitzer

Kathleen A. Sweitzer (IL ARDC No. 6230373)
Si-Yong Yi (IL ARDC No. 6292096)
Tressler, Soderstrom, Maloney & Priess, LLP
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606-6399
(312) 627-4000
(312) 627-1717 Fax