UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Mary Ann Hertz
                                              Plaintiff,
v.                                                     Case No.: 1:08−cv−00864
                                                       Honorable Joan H. Lefkow
Humana Health Plan of Ohio, Ltd., et al.
                                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 15, 2008:

MINUTE entry before Judge Honorable Joan H. Lefkow:Status hearing stricken. Responses to defendant Humana Insurance Company's motion to dismiss [11] and defendants Slavin & Slavin, Mark Slavin, Paula Wisniowicz, and Shari Slavin's motion to dismiss [14] due by 5/6/2008; replies due by 5/13/2008; ruling will issue by mail.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.