

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MARY ANN HERTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CV 00864 |
| | ) | |
| HUMANA HEALTH PLAN OF OHIO, LTD. | ) | |
| d/b/a HUMANA INSURANCE COMPANY, | ) | |
| a Kentucky corporation registered in Illinois, | ) | |
| SLAVIN & SLAVIN, an Illinois partnership, | ) | |
| MARK F. SLAVIN, an Individual, | ) | |
| PAULA M. WISNIOWICZ, an Individual, and | ) | |
| SHARI B. SLAVIN, an Individual, | ) | |
| | ) | |
| Defendants. | ) | |

FILED
APR 18, 2008 JH
APR. 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.
APR 18 2008

**NOTICE OF FIRM CHANGE OF ADDRESS**

Please take notice that on May 1st, 2008, the address of our firm will change to:

Weinberg Law Group, Ltd.
655 W. Irving Park Rd., Suite 2703
Chicago, IL 60613
(773) 296-4900

Rebecca L. Weinberg

Rebecca L. Weinberg
Weinberg Law Group, Ltd.
655 W. Irving Park Rd., Suite 2703
Chicago, IL 60613
(773) 296-4900
ARDC No.: 6284231

## CERTIFICATE OF SERVICE

I, Rebecca L. Weinberg., an attorney, certify that I caused a copy of the foregoing Notice of Change of Address to be served on the following:

US District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

Kathleen A. Sweitzer, Esq.
Si-Yong Yi, Esq.
Tressler Soderstrom, Maloney & Priess, LLP
233 S. Wacker Drive
Sears Tower- Suite 200
Chicago, IL 60606

William A. Chittenden III
Julie F. Wall
Chittenden, Murday & Novotny, LLC
303 W. Madison St., Ste. 1400
Chicago, IL 60606


by depositing the statement in the U.S. Mail chute located at 2643 N. Clark Street, Chicago, Illinois 60614-9998, before 5:00 p.m. on this 15th day of April, 2008.

_____
Rebecca L. Weinberg