KAS/SYY/431299              Firm No. 14503                     240-199

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARY ANN HERTZ, ) | |
| ) | |
| Plaintiff, ) | No. 08 C 864 |
| v. ) | |
| ) | Judge Lefkow |
| HUMANA HEALTH PLAN OF OHIO, LTD. ) | |
| d/b/a HUMANA INSURANCE COMPANY, a ) | Magistrate Judge Mason |
| Kentucky corporation registered in Illinois, ) | |
| SLAVIN & SLAVIN, an Illinois partnership, ) | |
| MARK F. SLAVIN, an individual, PAULA M. ) | |
| WISNIOWICZ, an individual, and SHARI B. ) | |
| SLAVIN, an individual, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS, SLAVIN & SLAVIN, MARK SLAVIN, PAULA WISNIOWICZ, AND SHARI SLAVIN'S, AGREED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS

Now come Defendants, SLAVIN & SLAVIN, MARK F. SLAVIN, PAULA M. WISNIOWICZ, and SHARI B. SLAVIN (hereinafter collectively "Slavin Defendants"), by and through their attorneys, Tressler, Soderstrom, Maloney & Priess LLP, and hereby submit their Agreed Motion for Extension of Time to File reply briefs in support of their Motions to Dismiss. In support of this motion, the Slavin Defendants state as follows:

1. On April 15, 2008, this Court entered the following briefing schedule as to pending Motions to Dismiss:

   A. Plaintiff to file response by May 6, 2008; and

   B. Defendants to file reply briefs by May 13, 2008.

2. Slavin Defendants seek an extension of time from May 13, 2008 to May 23, 2008 for the filing of reply briefs in support of Motions to Dismiss.

3. This extension is requested because lead counsel for Slavin Defendants in this matter, Kathleen A. Sweitzer, has a previously scheduled family vacation and will be out of the office from May 9, 2008 to May 19, 2008.

4. In addition, Slavin Defendants seek the same extension of time for the filing of Defendant, Humana Insurance Company, incorrectly sued as Humana Health Plan of Ohio, Ltd.'s ("Humana"), reply brief, as per the request of counsel for same. This will keep the motions to dismiss on the same track.

5. Counsel for Plaintiff and Humana have no objection to this Motion.

6. Plaintiff will not be prejudiced by the granting of this Motion.

WHEREFORE, for the foregoing reasons, Defendants, SLAVIN & SLAVIN, MARK F. SLAVIN, PAULA M. WISNIOWICZ, and SHARI B. SLAVIN, respectfully request that this Honorable Court enter an order granting an extension of time from May 13, 2008 to May 23, 2008 for all Defendants to file reply briefs in support of their Motions to Dismiss.

Respectfully submitted,

SLAVIN & SLAVIN, MARK F. SLAVIN, PAULA M. WISNIOWICZ, and SHARI B. SLAVIN

By: /s/ Kathleen A. Sweitzer
    One of Their Attorneys

Kathleen A. Sweitzer (IL ARDC No. 6230373)
 ksweitzer@tsmp.com
Si-Yong Yi (IL ARDC No. 6292096)
 syi@tsmp.com
Tressler, Soderstrom, Maloney & Priess, LLP
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606-6399
(312) 627-4000
(312) 627-1717 Fax