KAS:431347          Firm No. 14503          240-199

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MARY ANN HERTZ, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 864 |
| v. | ) | |
| | ) | Judge Lefkow |
| HUMANA HEALTH PLAN OF OHIO, LTD. | ) | Magistrate Judge Mason |
| d/b/a HUMANA INSURANCE COMPANY, a | ) | |
| Kentucky corporation registered in Illinois, | ) | |
| SLAVIN & SLAVIN, an Illinois partnership, | ) | |
| MARK F. SLAVIN, an individual, PAULA M. | ) | |
| WISNIOWICZ, an individual, and SHARI B. | ) | |
| SLAVIN, an individual, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:     **All Counsel of Record**

PLEASE TAKE NOTICE that on **May 1, 2008 at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Joan Lefkow** in **Room 1925** of the United States District Court for the Northern District of Illinois, Eastern Division, or before any other Judge who may be sitting in her stead, and then and there present Defendants, Slavin & Slavin, Mark F. Slavin, Paula M. Wisniowicz, and Shari B. Slavin's, Agreed Motion for Extension of Time to File Reply Briefs.

                              SLAVIN & SLAVIN, MARK F. SLAVIN, PAULA
                              M. WISNIOWICZ, and SHARI B. SLAVIN

                              By: /s/ Kathleen A. Sweitzer
                                   One of Their Attorneys

Kathleen A. Sweitzer (IL ARDC No. 6230373)
  ksweitzer@tsmp.com
Si-Yong Yi (IL ARDC No. 6292096)
  syi@tsmp.com
Tressler, Soderstrom, Maloney & Priess, LLP
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois  60606-6399
(312) 627-4000
(312) 627-1717 Fax

## CERTIFICATE OF SERVICE

      I hereby certify that on April 25, 2008, a copy of the foregoing Defendants Slavin & Slavin, Mark F. Slavin, Paula M. Wisniowicz, and Shari B. Slavin's Agreed Motion for Extension to File Reply Briefs was filed electronically. Notice of this filing will be sent to the following parties by via the Court's electronic filing system. Parties may access this filing through the Court's system.

Rebecca L. Weinberg, Esq.
Weinberg Law Group, Ltd.
2446 N. Clark Street
Chicago, IL 60614
rweinberg@weinberglaw.net

**New Address as of May 1, 2008**
655 W. Irving Park Road, Suite 2703
Chicago, IL 60613
(773) 296-4900

William A. Chittenden III
Julie F. Wall
Chittenden, Murday & Novotny, LLC
303 W. Madison Street, Suite 1400
Chicago, IL 60606
wchittenden@cmn-law.com
jwall@cmn-law.com

                                                /s/ Kathleen A. Sweitzer

Kathleen A. Sweitzer (IL ARDC No. 6230373)
  ksweitzer@tsmp
Si-Yong Yi (IL ARDC No. 6292096)
  syi@tsmp.com
Tressler, Soderstrom, Maloney & Priess, LLP
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606-6399
(312) 627-4000
(312) 627-1717 Fax