IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARY ANN HERTZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 C 864 |
| ) | |
| HUMANA HEALTH PLAN OF OHIO, LTD. ) | |
| d/b/a HUMANA INSURANCE COMPANY, ) | Judge Lefkow |
| a Kentucky corporation registered in Illinois, ) | |
| SLAVIN & SLAVIN, an Illinois partnership, ) | |
| MARK F. SLAVIN, an individual, PAULA ) | Maginstrate Judge Mason |
| M. WISNIOWICZ, an individual, and ) | |
| SHARI B. SLAVIN, an individual, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF MARY ANN HERTZ'S AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiff, MARY ANN HERTZ, by her attorneys, WEINBERG LAW GROUP, LTD., hereby submits her Agreed Motion for Extension of Time to File Response Brief to Defendants' Motion to Dismiss. In support of this motion, Plaintiff states the following:

1. On April 15, 2008, this Court entered the following briefing schedule as to pending Motions to Dismiss:

   A. Plaintiff to file response by May 6, 2008; and
   B. Defendants to file reply briefs by May 13, 2008.

2. On April 25, 2008, Defendants SLAVIN & SLAVIN, MARK F. SLAVIN, PAULA M. WISNIOWICZ, and SHARI B. SLAVIN (hereinafter collectively "Slavin Defendants") filed their motion for extension of time from May 13, 2008 to May 23, 2008 for the filing of reply briefs in support of Motion to Dismiss.

3. On April 25, 2008, through the same motion as the Slavin Defendants, Defendant HUMANA HEALTH PLAN OF OHIO (hereinafter Humana) asked for the same time extension in which to file their reply brief.

1

4.      Plaintiff seeks an extension of time from May 6, 2008 to May 16, 2008 for the filing of response briefs to both the Slavin Defendants' Motion to Dismiss and Humana's Motion to Dismiss.

5.      This extension is requested because counsel for Plaintiff in this matter, WEINBERG LAW GROUP, LTD., is moving the location of its office on May 1, 2008. Humana's Motion to Dismiss in this matter is one hundred fifty-nine (159) pages long. The Slavin Defendants' Motion to Dismiss in this matter is thirty-one (31) pages long. Because of its impending change in locations, WEINBERG LAW GROUP, LTD. does not have time in which to adequately read and respond to Defendants' Motions to Dismiss.

6.      Counsel for the Slavin Defendants and Humana have no objection to this Motion.

7.      Defendants will not be prejudiced by the granting of this Motion.

WHEREFORE, for the foregoing reasons, Plaintiff MARY ANN HERTZ respectfully requests that this Honorable Court enter an order granting an extension of time from May 6, 2008 to May 16, 2008 for Plaintiff to file response briefs to both Defendants' Motions to Dismiss.

        Respectfully Submitted,

        MARY ANN HERTZ

        By:   /s/ Rebecca L. Weinberg
           One of Her Attorneys

Rebecca L Weinberg (IL ARDC No. 6230373)
rweinberg@weinberglaw.net
WEINBERG LAW GROUP, LTD.
2446 North Clark Street
Chicago, IL 60614
(773) 296-4900
(773) 296-4949 (fax)