IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARY ANN HERTZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 C 864 |
| ) | |
| HUMANA HEALTH PLAN OF OHIO, LTD. ) | |
| d/b/a HUMANA INSURANCE COMPANY, ) | Judge Lefkow |
| a Kentucky corporation registered in Illinois, ) | |
| SLAVIN & SLAVIN, an Illinois partnership, ) | |
| MARK F. SLAVIN, an individual, PAULA ) | Maginstrate Judge Mason |
| M. WISNIOWICZ, an individual, and ) | |
| SHARI B. SLAVIN, an individual, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   **All Counsel of Record**

PLEASE TAKE NOTICE that on **May 1, 2008 at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan Lefkow in Room 1925 of the United States District Court for the Northern District of Illinois, Eastern Division, or before any other Judge who may be sitting in her stead, and then and there present Plaintiff Mary Ann Hertz's Agreed Motion for Extension of Time to File Response Briefs.

Respectfully Submitted,

MARY ANN HERTZ

By:   /s/ Rebecca L. Weinberg
  One of Her Attorneys

Rebecca L Weinberg (IL ARDC No. 6230373)
rweinberg@weinberglaw.net
WEINBERG LAW GROUP, LTD.
2446 North Clark Street
Chicago, IL 60614
(773) 296-4900
(773) 296-4949 (fax)