### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Mary Ann Hertz

                                    Plaintiff,

v.                                                      Case No.: 1:08−cv−00864
                                                        Honorable Joan H. Lefkow

Humana Health Plan of Ohio, Ltd., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2008:

        MINUTE entry before Judge Honorable Joan H. Lefkow:Plaintiff's motion for extension of time to file brief [21] and defendants' motion for extension of time to file briefs [19] are granted. Responses to motions to dismiss due by 5/16/2008; replies due by 5/23/2008.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.