IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARY ANN HERTZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 C 864 |
| ) | |
| HUMANA HEALTH PLAN OF OHIO, LTD. ) | |
| d/b/a HUMANA INSURANCE COMPANY, ) | |
| a Kentucky corporation registered in Illinois, ) | Judge Lefkow |
| SLAVIN & SLAVIN, an Illinois Partnership, ) | |
| MARK F. SLAVIN, an Individual, ) | |
| PAULA M. WISNIOWICZ, an Individual, and ) | Magistrate Judge Mason |
| SHARI B. SLAVIN, an Individual, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF FILING

TO:   All Counsel of Record

     PLEASE TAKE NOTICE that on April 16, 2008 at 5:40 p.m., I filed Plaintiff's Response to Humana Insurance Company's Motion to Dismiss Plaintiff's Complaint and Defendants Slavin & Slavin, Mark Slavin, Paula Wisniowicz and Shari Slavin's Motion to Dismiss Plaintiff's Complaint via the Court's electronic filing system.

                                             WEINBERG LAW GROUP, LTD.

                                             /s/ Rebecca L. Weinberg
                                             Rebecca L. Weinberg

Rebecca L. Weinberg (IL ARDC No. 6284231)
WEINBERG LAW GROUP, LTD.
2446 North Clark Street
Chicago, IL 60613
rweinberg@weinberglaw.net

**CERTIFICATE OF SERVICE**

      I, Rebecca L. Weinberg, an attorney, hereby certify that on April 16, 2008 at 5:40 p.m. a copy of the foregoing Plaintiff's Response to Humana Insurance Company's Motion to Dismiss Plaintiff's Complaint and Defendants Slavin & Slavin, Mark Slavin, Paula Wisniowicz and Shari Slavin's Motion to Dismiss Plaintiff's Complaint was served on the following parties via the Court's electronic filing system.

| | |
|---|---|
| William A. Chittenden III | Kathleen A. Sweitzer |
| Julie F. Wall | Si-Yong Yi |
| Chittenden, Murday & Novotny, LLC | Tressler, Soderstrom, Maloney & Priess, LLP |
| 303 W. Madison Street, Suite 1400 | Sears Tower, 22nd Floor |
| Chicago, IL 60606 | 233 South Wacker Drive |
| | Chicago, IL 60606-6399 |

                                                                /s/ Rebecca L. Weinberg