U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 08-cv-864
MARY ANN HERTZ,
            Plaintiff,
vs.
HUMANA HEALTH PLAN OF OHIO, LTD.,
d/b/a HUMANA INSURANCE COMPANY, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Humana Insurance Company, incorrectly sued as Humana Health Plan of Ohio, Ltd.

| | |
|---|---|
| NAME (Type or print) Morgan J. Milner | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/Morgan J. Milner | |
| FIRM  Chittenden, Murday & Novotny LLC | |
| STREET ADDRESS  303 West Madison Street, Suite 1400 | |
| CITY/STATE/ZIP  Chicago, Illinois  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  06283545 | TELEPHONE NUMBER  312.281.3641 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |