IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MARY ANN HERTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 864 |
| | ) | |
| HUMANA HEALTH PLAN OF OHIO, LTD. | ) | |
| d/b/a HUMANA INSURANCE COMPANY, | ) | |
| a Kentucky corporation registered in Illinois, | ) | Judge Lefkow |
| SLAVIN & SLAVIN, an Illinois Partnership, | ) | |
| MARK F. SLAVIN, an Individual, | ) | |
| PAULA M. WISNIOWICZ, an Individual, and | ) | Magistrate Judge Mason |
| SHARI B. SLAVIN, an Individual, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION TO DISMISS

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that this cause be dismissed with prejudice on account of the settlement thereof, each party to pay his/ her/ its own costs.

_____        8/04/08
Attorney for Plaintiff, MARY ANN HERTZ        Date

_____        08/01/08
Attorney for Defendant, HUMANA INSURANCE COMPANY        Date

_____        7/28/08
Attorney for Defendants, SLAVIN & SLAVIN, MARK F. SLAVIN,        Date
SHERI B. SLAVIN, and PAULA WISNIOWICZ

Drafted by:

Rebecca L. Weinberg
WEINBERG LAW GROUP, LTD.
655 West Irving Park Road, Suite 2703
Chicago, Illinois 60613
773/296-4900
ARDC No.: 6284231

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARY ANN HERTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-cv-864 |
| | ) | |
| HUMANA HEALTH PLAN OF OHIO, LTD. | ) | Judge Lefkow |
| d/b/a HUMANA INSURANCE COMPANY, | ) | |
| a Kentucky corporation registered in Illinois, | ) | Magistrate Judge Mason |
| SLAVIN & SLAVIN, an Illinois partnership, | ) | |
| MARK F. SLAVIN, an Individual, | ) | |
| PAULA M. WISNIOWICZ, an Individual, and | ) | |
| SHARI B. SLAVIN, an Individual, | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER

This matter having come before this Court upon the parties' Stipulation to Dismiss, the Court having been fully advised in the premises, and by agreement of the parties, **IT IS HEREBY ORDERED THAT**:

This matter be and is dismissed with prejudice and with each party to bear its own costs and attorneys fees, all matters in controversy for which said action was brought having been fully settled, compromised, and adjourned.

The status hearing set for August 26, 2008 is stricken.

**SO ORDERED.**

DATE: _____          _____
                                          Judge Lefkow