Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 864 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Hertz vs. Humana Health Plan of Ohio | | |

**DOCKET ENTRY TEXT**

Status hearing stricken. Enter Agreed Order. Case dismissed with prejudice and with each party to bear its own costs and fees. Civil Case Terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 AUG 28 AM 8:11
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|

Case 1:08-cv-00864   Document 32   Filed 08/26/2008   Page 1 of 1

08C864 Hertz vs. Humana Health Plan of Ohio                                         Page 1 of 1