## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| MARY ANN HERTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. 08-cv-864** |
| | ) | |
| HUMANA HEALTH PLAN OF OHIO, LTD. | ) | **Judge Lefkow** |
| d/b/a HUMANA INSURANCE COMPANY, | ) | |
| a Kentucky corporation registered in Illinois, | ) | **Magistrate Judge Mason** |
| SLAVIN & SLAVIN, an Illinois partnership, | ) | |
| MARK F. SLAVIN, an Individual, | ) | |
| PAULA M. WISNIOWICZ, an Individual, and | ) | |
| SHARI B. SLAVIN, an Individual, | ) | |
| | ) | |
| Defendants. | ) | |

### AGREED ORDER

This matter having come before this Court upon the parties' Stipulation to Dismiss, the Court having been fully advised in the premises, and by agreement of the parties, IT IS HEREBY ORDERED THAT:

This matter be and is dismissed with prejudice and with each party to bear its own costs and attorneys fees, all matters in controversy for which said action was brought having been fully settled, compromised, and adjourned.

The status hearing set for August 26, 2008 is stricken.

**SO ORDERED.**

DATE: **AUG 26 2008**

_____
Judge Lefkow